PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WABN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
MARGARET BRANICK-ABILLA, CABN 223600
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone:  (510) 970-4809
    Email:  Margaret.Branick-Abilla@SSA.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL PAUL RINCON,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:22-cv-01069-SKO<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 15) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, further develop the record as necessary, and issue a new decision.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stipulation; Order
1:22-cv-01069-SKO

Respectfully submitted,

Dated: February 23, 2023          LAW OFFICES OF FRANCESCO BENAVIDES

                                        By:*/s/ Francesco Benavides\**  
                                        FRANCESCO BENAVIDES  
                                        Attorneys for Plaintiff  
                                        [*As authorized by e-mail on Feb. 23, 2023]

Dated: February 24, 2023          PHILLIP A. TALBERT  
                                        United States Attorney  
                                        MATHEW W. PILE, WABN 32245  
                                        Associate General Counsel

                                        By: */s/ Margaret Branick-Abilla*  
                                        MARGARET BRANICK-ABILLA  
                                        Special Assistant United States Attorney  
                                        Attorneys for Defendant

## ORDER

Based upon the parties' foregoing Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for good cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment for Plaintiff and close the case.

IT IS SO ORDERED.

Dated:   **February 24, 2023**                    */s/ Sheila K. Oberto*  
                                                                              UNITED STATES MAGISTRATE JUDGE